In the Matter of EDWARD A. VROOMAN et al., Appellants, v ZONING BOARD OF APPEALS OF TOWN OF PHILIPSTOWN et al., Respondents. [748 NYS2d 685] —In a proceeding pursuant to CPLR article 78 to review a determination of the Zoning Board of Appeals of the Town of Philipstown dated July 10, 2000, which annulled the petitioners' building permit, the petitioners appeal from a judgment of the Supreme Court, Putnam County (Hickman, J.), dated May 17, 2001, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with one bill of costs

to the respondents appearing separately and filing separate briefs.

The Zoning Board of Appeals of the Town of Philipstown (hereinafter the Zoning Board) interpreted the zoning provisions of the Town Code of the Town of Philipstown and the provisions of a 1992 resolution of the Town Planning Board of the Town of Philipstown (hereinafter Planning Board) as requiring the petitioners to apply for, and obtain, subdivision' approval from the Planning Board prior to the issuance of a building permit to the petitioners. We agree with the Supreme Court's decision that the Zoning Board's interpretation was neither arbitrary nor capricious, and was supported by the record (*see Matter of Ifrah v Utschig,* 98 NY2d 304, 308; *Matter of Toys "R" Us v Silva,* 89 NY2d 411, 423; *Matter of Shorelands, Inc. v Matthew,* 230 AD2d 862, 863). Smith, J.P., McGinity, Luciano and Crane, JJ., concur.